SAMUEL J. GRAHAM, Jr., *ET AL.*, PLAINTIFFS-PETITIONERS, v. GRACE ONDERDONK, DEFENDANT-RESPONDENT.

*Messrs. Weltchek & Weltchek* and *Mr. Ernest Prupis* for the petitioners.

*Messrs. Kasen, Schnitzer & Kasen* for the respondent.

May 4, 1960.   Granted.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOHN A. HANSON, DEFENDANT-PETITIONER.

See same case below: 59 *N. J. Super.* 434.

*Mr. Franklin W. Kielb* for the petitioner.

*Mr. David D. Furman* and *Mr. William L. Boyan* for the respondent.

May 4, 1960.   Denied.